**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____     Chapter   **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Wexford Labs, Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Wexford Innovations** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **43-1028001** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** |

**Principal place of business**

**KB Pods**
**1300 W. 3rd Street #2-F**
**Granite City, IL 62040**
Number, Street, City, State & ZIP Code

**Madison**
County

**Mailing address, if different from principal place of business**

**325 Leffingwell Ave.**
**Kirkwood, MO 63122**
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.wexfordlabs.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor **Wexford Labs, Inc.**
    Name

Case number (*if known*) _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | |
|---|---|---|---|---|
| District | _____ | When | _____ | Case number _____ |
| District | _____ | When | _____ | Case number _____ |

Debtor    **Wexford Labs, Inc.**
_____    Case number (*if known*) _____
Name

---

**10.  Are any bankruptcy cases
pending or being filed by a
business partner or an
affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1,
attach a separate list

Debtor _____    Relationship _____

District _____    When _____    Case number, if known _____

---

**11.  Why is the case filed in
*this district?***

Check all that apply:

■     Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
      preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐     A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or
have possession of any
real property or personal
property that needs
immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
  livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**  _____

                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

          Contact name _____

          Phone _____

---

**Statistical and administrative information**

**13.  Debtor's estimation of
available funds**            Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of
creditors**

☐ 1-49                    ☐ 1,000-5,000           ☐ 25,001-50,000
■ 50-99                   ☐ 5001-10,000           ☐ 50,001-100,000
☐ 100-199                 ☐ 10,001-25,000         ☐ More than100,000
☐ 200-999

---

**15.  Estimated Assets**

☐ $0 - $50,000            ■ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000      ☐ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million    ☐ More than $50 billion

---

**16.  Estimated liabilities**

☐ $0 - $50,000            ■ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion

---

Debtor    **Wexford Labs, Inc.**                                              Case number (*if known*) _____

Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million    ☐ More than $50 billion

| Debtor | **Wexford Labs, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 20, 2023**
MM / DD / YYYY

**X** **/s/ Jeffrey Singer**                         **Jeffrey Singer**
Signature of authorized representative of debtor        Printed name

Title    **CEO**

---

**18. Signature of attorney**

**X** **/s/ Robert E. Eggmann**                    Date    **June 20, 2023**
Signature of attorney for debtor                        MM / DD / YYYY

**Robert E. Eggmann 6203021**
Printed name

**Carmody MacDonald P.C.**
Firm name

**120 S. Central Ave., Suite 1800**
**Saint Louis, MO 63105**
Number, Street, City, State & ZIP Code

Contact phone    **314-854-8600**        Email address    **ree@carmodymacdonald.com**

**6203021 IL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Wexford Labs, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 20, 2023**            X **/s/ Jeffrey Singer**
                                              Signature of individual signing on behalf of debtor

                                              **Jeffrey Singer**
                                              Printed name

                                              **CEO**
                                              Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Wexford Labs, Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF ILLINOIS** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Dynamic Wipes Industries 9 Hatena Street Industrial Estate H Asdod 7726505 Israel | yaron@dynamicwipes.com 972885233777 | | | | | $584,605.50 |
| Financial & Marketing Solutions LLC 6 Roclare Ln. Saint Louis, MO 63131 | | Secured by all assets. | | $403,765.17 | $0.00 | $50,524.50 |
| Forklift America 4316 Bridgeton Industrial Drive Bridgeton, MO 63044 | Kevin Redel kevin@forkliftamerica.com 314-575-4674 | | | | | $7,421.28 |
| Industrial Soap Company 9150 Latty Ave Saint Louis, MO 63134 | Amanda Dollar adollar@imperialdade.com 314-241-6363 | | | | | $5,461.71 |
| John Hancock 401(k) 690 Canton Street Suite 100 Westwood, MA 02090 | | Company and employee contribution to 401k | | | | $12,759.73 |
| Jung Logistics, Inc. 10075 Progress Parkway Mascoutah, IL 62258 | Larry Heaton lheaton@jungtruck.com 618-530-1765 | | | | | $135,715.00 |
| Jung Truck Service, Inc. 10075 Progress Parkway Mascoutah, IL 62258 | Larry Heaton lheaton@jungtruck.com 618-530-1765 | | | | | $50,764.00 |

| Debtor | **Wexford Labs, Inc.** | | Case number *(if known)* | |
|--------|------------------------|--|--------------------------|--|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Magid Glove & Safety** P.O. Box 95081 Chicago, IL 60694 | | | | | | **$6,458.45** |
| **MJ Property Holdings, LLC** P.O. Box 711 Waseca, MN 56093 | **Koy Payne** koypayne2300@gmail.com 507-384-2417 | | | | | **$30,725.26** |
| **MSC Freight Attn: Cody Evans-Legal-Cargo Claims Dept 700 Watermark Blvd. Mount Pleasant, SC 29464** | **Cody Evans** cody.evans@msc.com 843-971-4100 | | | | | **$43,015.39** |
| **Pipeline Packaging** 27157 Network Pl Chicago, IL 60673 | | | | | | **$3,904.00** |
| **Prestige Print Solutions** 1022 Fox Chase Industrial Dr. Arnold, MO 63010 | | | | | | **$3,860.00** |
| **RH Meyer** P.O. Box 96 Thompson, MO 65285 | **Ron** 314-614-0100 | | | | | **$7,200.00** |
| **Rochester Midland** P.O. Box 64462 Rochester, NY 14624 | **Chris McAvoy** naorders@rochestermidland.com 800-836-1633 | | | | | **$3,819.18** |
| **SAIA Motor Freight Line, LLC** P.O. Box 730532 Dallas, TX 75373-0532 | | | | | | **$3,383.41** |
| **Shrink Solutions** P.O. Box 97 1458 CR 194 Henagar, AL 35978 | **Chris Berry** cberry@shrinksolutions.com 256-657-4296 | | | | | **$39,969.74** |
| **SpaceKraft** 5012 W. 79th St. Indianapolis, IN 46268 | | | | | | **$3,429.93** |

Debtor **Wexford Labs, Inc.** _____     Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **State of California Department of Pesticide Regulation 1001 I Street Sacramento, CA 95812** | | | | | | **$34,973.41** |
| **Trade Press Media Group 2100 W. Florist Ave. Milwaukee, WI 53209** | | | | | | **$4,160.00** |
| **Univar Solutions USA, Inc. 62190 Collections Center Drive Chicago, IL 60693-0621** | | | | | | **$18,660.00** |

**Fill in this information to identify the case:**

Debtor name   **Wexford Labs, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.......................................................................................... $        **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*...................................................................................... $     **1,386,692.26**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*........................................................................................ $     **1,386,692.26**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $     **2,641,867.27**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $     **12,759.73**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$     **2,127,981.62**

4. Total liabilities ...............................................................................................................
    Lines 2 + 3a + 3b      $     **4,782,608.62**

**Fill in this information to identify the case:**

Debtor name   **Wexford Labs, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.   **Triad Bank** | **Checking** | **0401** | $0.00 |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**                                                                              $0.00
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.     **Deposits, including security deposits and utility deposits**
       Description, including name of holder of deposit

| 7.1.   **Security Deposit** | $10,145.83 |
|---|---|

8.     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
       Description, including name of holder of prepayment

9.     **Total of Part 2.**                                                                              $10,145.83
       Add lines 7 through 8. Copy the total to line 81.

Debtor  **Wexford Labs, Inc.**                                    Case number *(If known)* _____
_____
Name

---

**Part 3:**  **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.  **Accounts receivable**

11a. 90 days old or less:   **118,433.65**   -   **0.00**  = .... | **$118,433.65**
                              face amount           doubtful or uncollectible accounts

12.  **Total of Part 3.**                                                | **$118,433.65**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

---

**Part 4:**  **Investments**

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.
■ Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14.  **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 14.1.  **Met Life - 25 Shares** | | **$1,387.50** |

15.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                                    % of ownership

16.  **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17.  **Total of Part 4.**                                                | **$1,387.50**

Add lines 14 through 16. Copy the total to line 83.

---

**Part 5:**  **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials**<br>**Misc. Raw Materials** | | **$0.00** | | **$1,002,107.40** |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale**<br>**Misc. Finished Goods** | | **$0.00** | | **$176,617.64** |

---

| Debtor | **Wexford Labs, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

22.     **Other inventory or supplies**

23.     **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

| $1,178,725.04 |
|---|

24.     **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.     **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
■ Yes. Book value      38,252.97    Valuation method    **FMV**    Current Value    38,252.97

26.     **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:**      **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**      **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** <br> Misc. Office Furniture | **$0.00** | | **$6,716.51** |
| 40.  **Office fixtures** <br> Misc. Office Fixtures | **$0.00** | | **$7,000.00** |

41.     **Office equipment, including all computer equipment and communication systems equipment and software**

42.     **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.     **Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.

| $13,716.51 |
|---|

44.     **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45.     **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor    **Wexford Labs, Inc.**_____    Case number *(If known)* _____
          Name

---

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48. Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49. Aircraft and accessories** | | | |
| **50. Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**Cart; Floor Stand; Office Furniture for new<br>office; Universal R320 Automatic Round;<br>Added Forklift; Hazmat Storage Room;<br>Portable Dock Plate; Scale Lab.** | **$0.00** | | **$64,283.73** |

**51. Total of Part 8.**                                                                    $64,283.73
    Add lines 47 through 50.  Copy the total to line 87.

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ■ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| **61. Internet domain names and websites** | | | |
| **62. Licenses, franchises, and royalties** | | | |

Debtor  **Wexford Labs, Inc.** _____  Case number *(If known)* _____
Name

| | | |
|---|---|---|
| **RTU Wexcide Germicidal Detergent**<br>**EPA ID 34810-21**<br>**Expiration 12/31/2023** | **$0.00** | **Unknown** |
| **Ready to Use Thymo-Cide**<br>**EPA ID 34810-25**<br>**Exp.: 12/31/2023** | **$0.00** | **Unknown** |
| **Wex-Cide 128 Germicidal Detergent**<br>**EPA ID 34810-31**<br>**Exp.: 12/31/2023** | **$0.00** | **Unknown** |
| **CleanCide RTU Disinfectant**<br>**EOA ID 34810-35**<br>**Exp.: 12/31/2023** | **$0.00** | **Unknown** |
| **CleanCide Wipes**<br>**EPA ID 34810-36**<br>**Exp.: 12/31/2023** | **$0.00** | **Unknown** |
| **Purefexion Wipes**<br>**EPA ID 34810-37**<br>**Exp.: 12/31/2023** | **$0.00** | **Unknown** |

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**

    Add lines 60 through 65. Copy the total to line 89.

    **$0.00**

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
    - ■ No
    - ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    - ■ No
    - ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    - ■ No
    - ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    - ■ No.  Go to Part 12.
    - ☐ Yes Fill in the information below.

Debtor    **Wexford Labs, Inc.**                                    Case number *(If known)* _____
_____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $10,145.83 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $118,433.65 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $1,387.50 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,178,725.04 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $13,716.51 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $64,283.73 | |
| 88. **Real property.** *Copy line 56, Part 9.* .........................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,386,692.26 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,386,692.26 |

| Fill in this information to identify the case: |
|---|

Debtor name   **Wexford Labs, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

**2.** **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1** **Financial & Marketing Solutions LLC**
Creditor's Name

**6 Roclare Ln.**
**Saint Louis, MO 63131**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**2012/2022**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Secured by all assets.**

**Describe the lien**
**Line of Credit**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$403,765.17        $0.00

**2.2** **Jeffrey L. Singer Revocable Trust**
Creditor's Name
**dtd 3-20-1996**
**2 Sunnymeade Lane**
**Saint Louis, MO 63124**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**2022**
Last 4 digits of account number

**Describe debtor's property that is subject to a lien**
**Secured by all assets.**

**Describe the lien**
**Loan**
Is the creditor an insider or related party?
☐ No
■ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$1,614,509.19        $0.00

Debtor  **Wexford Labs, Inc.**
_____
Name

Case number (if known) _____

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Mary Anne Auer** | Describe debtor's property that is subject to a lien | $623,592.91 | $0.00 |

Creditor's Name

**7600 Walinca Terrace**
**Saint Louis, MO 63105**

Creditor's mailing address

**Secured by all assets.**

**Describe the lien**

**Loan**

**Is the creditor an insider or related party?**

☐ No

■ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

**2022**

**Last 4 digits of account number**

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | $2,641,867.27 |

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Jeffrey Singer**<br>**10493 Frontenac Woods Lane**<br>**Saint Louis, MO 63131** | Line  **2.1** | |
| **Jeffrey Singer**<br>**2 Sunny Meade Lane**<br>**Ladue, MO 63124** | Line  **2.1** | |
| **Jeffrey Singer, Trustee of Indenture of Trust of Tracey Flom Singer u/a/d March 20, 1996**<br>**2 Sunny Meade Lane**<br>**Saint Louis, MO 63124** | Line  **2.1** | |
| **Mary Anne Auer**<br>**7600 Walinca Terrace**<br>**Saint Louis, MO 63105** | Line  **2.1** | |
| **Tracey Flom Singer**<br>**2 Sunny Meade Lane**<br>**Saint Louis, MO 63105** | Line  **2.1** | |

Debtor    **Wexford Labs, Inc.**

    Name                                                     Case number (if known)

**Tracey Flom Singer, Trustee of Inde**                      Line   **2.1**
**ture of Trust of Tracey Flom Singer**
**u/a/d March 20, 1996**
**2 Sunny Meade Lane**
**Saint Louis, MO 63124**

**Fill in this information to identify the case:**

Debtor name  **Wexford Labs, Inc.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |  |  |

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address<br>**John Hancock 401(k)**<br>**690 Canton Street**<br>**Suite 100**<br>**Westwood, MA 02090** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$12,759.73** | **$12,759.73** |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Company and employee contribution to 401k** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (5) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |  |  |

| Debtor | **Wexford Labs, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Missouri Department of Revenue**
**Attn: Bankruptcy Unit**
**P.O. Box 475**
**Jefferson City, MO 65105**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

**3.**  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,118,234.52 |
|---|---|---|---|

**Acca Believe It, LLC**
**d/b/a MEQL-Med-E-Quip Locators**
**10493 Frontenac Woods Ln**
**Saint Louis, MO 63131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $96.00 |
|---|---|---|---|

**American Burglary & Fire, Inc.**
**507 Rudder Road**
**Fenton, MO 63026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $291.77 |
|---|---|---|---|

**AmeriGas**
**P.O. Box 660288**
**Dallas, TX 75266-0288**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/6/2023

Last 4 digits of account number  0081

Basis for the claim:

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $195.58 |
|---|---|---|---|

**Aramark Uniform Services**
**2680 Palumbo Dr.**
**Lexington, KY 40509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $388.50 |
|---|---|---|---|

**Boxing It Up**
**3732 N. Broadway**
**Saint Louis, MO 63147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/21-4/21

Last 4 digits of account number  1004

Basis for the claim:

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Wexford Labs, Inc.**
_____
Name

Case number *(if known)* _____

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $384.30 |
|---|---|---|---|

**Centraz Industries, Inc.**
**4051 Bingham Ave.**
**Saint Louis, MO 63116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/23-5/23**

**Basis for the claim:** _

Last 4 digits of account number   **FORD**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $543.20 |
|---|---|---|---|

**CL Smith**
**1311 S. 39th**
**Saint Louis, MO 63110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $134.77 |
|---|---|---|---|

**Dayton Freight**
**P.O. Box 340**
**Vandalia, OH 45377**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,100.00 |
|---|---|---|---|

**Dell Tech Laboratories LTD**
**Unit #3-1331 Hyde Park Rd.**
**London Ontario N6H 5MP**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $356.35 |
|---|---|---|---|

**Dema Engineering Company**
**P.O. Box 958598**
**Saint Louis, MO 63195**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/23-5/23**

**Basis for the claim:** _

Last 4 digits of account number  **3352**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $584,605.50 |
|---|---|---|---|

**Dynamic Wipes Industries**
**9 Hatena Street**
**Industrial Estate H**
**Asdod 7726505 Israel**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/20/2021**

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40.00 |
|---|---|---|---|

**Fed Ex**
**P.O. Box 94515**
**Palatine, IL 60094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Wexford Labs, Inc.**
_____    Case number _(if known)_    _____
              Name

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $278.99 |

**Fisher Scientific Vendor**
**Collections Center Drive**
**Chicago, IL 60693**

Date(s) debt was incurred  **3/8/2023**

Last 4 digits of account number  **9001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $7,421.28 |

**Forklift America**
**4316 Bridgeton Industrial Drive**
**Bridgeton, MO 63044**

Date(s) debt was incurred  **11/1/22**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $1,250.00 |

**Freight Watchers**
**121 Bremen**
**Saint Louis, MO 63147**

Date(s) debt was incurred  **4/23-5/23**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $560.88 |

**Harcros Chemicals**
**4330 Geraldine Ave.**
**Saint Louis, MO 63115**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $2,650.00 |

**iAromatics**
**200 Anderson Avenue**
**Moonachie, NJ 07074**

Date(s) debt was incurred  **4/23-5/23**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $5,461.71 |

**Industrial Soap Company**
**9150 Latty Ave**
**Saint Louis, MO 63134**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  **5671**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $536.00 |

**Jeff Weisman**
**904 S 4th Street**
**Suite 302**
**Saint Louis, MO 63102**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Wexford Labs, Inc.**        Case number (if known) _____

Name

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $135,715.00 |
|---|---|---|---|

**Jung Logistics, Inc.**
**10075 Progress Parkway**
**Mascoutah, IL 62258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/1/21**

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,764.00 |
|---|---|---|---|

**Jung Truck Service, Inc.**
**10075 Progress Parkway**
**Mascoutah, IL 62258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/16/2021**

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,293.00 |
|---|---|---|---|

**KB Pods**
**1300 W 3rd Street #2-F**
**Granite City, IL 62040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $996.45 |
|---|---|---|---|

**Logistics Supply**
**10926 David Taylor Dr.**
**Suite 300**
**Charlotte, NC 28262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,458.45 |
|---|---|---|---|

**Magid Glove & Safety**
**P.O. Box 95081**
**Chicago, IL 60694**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/23-5/23**

Basis for the claim: __

Last 4 digits of account number  **7468**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $166.14 |
|---|---|---|---|

**Misco Products**
**1048 Stinson Dr.**
**Redding, PA 19065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,725.26 |
|---|---|---|---|

**MJ Property Holdings, LLC**
**P.O. Box 711**
**Waseca, MN 56093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2023**

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Debtor  **Wexford Labs, Inc.**
_____  Case number (if known) _____
Name

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43,015.39 |
|---|---|---|---|

**MSC Freight**
**Attn: Cody Evans-Legal-Cargo Claims Dept**
**700 Watermark Blvd.**
**Mount Pleasant, SC 29464**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $133.85 |
|---|---|---|---|

**Pedro's Planet**
**290 Axminister Drive**
**Fenton, MO 63026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/23-5/23

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,904.00 |
|---|---|---|---|

**Pipeline Packaging**
**27157 Network Pl**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,860.00 |
|---|---|---|---|

**Prestige Print Solutions**
**1022 Fox Chase Industrial Dr.**
**Arnold, MO 63010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/27/2023

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $189.72 |
|---|---|---|---|

**Quench USA, Inc.**
**630 Allendale Rd.**
**Ste. 200**
**King of Prussia, PA 19406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $660.20 |
|---|---|---|---|

**Red Wing Shoes.**
**P.O. Box 844329**
**Dallas, TX 75284-4329**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/24/2021

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,200.00 |
|---|---|---|---|

**RH Meyer**
**P.O. Box 96**
**Thompson, MO 65285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/24/2021

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Wexford Labs, Inc.**                                         Case number (if known) _____
       _____
       Name

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,819.18 |
|------|-----|-----|-----|

**Rochester Midland**
P.O. Box 64462
Rochester, NY 14624

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2/2023-3/2023

**Basis for the claim:** _

**Last 4 digits of account number** 4787

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,383.41 |
|------|-----|-----|-----|

**SAIA Motor Freight Line, LLC**
P.O. Box 730532
Dallas, TX 75373-0532

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 3/1/23

**Basis for the claim:** _

**Last 4 digits of account number** 0235

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $39,969.74 |
|------|-----|-----|-----|

**Shrink Solutions**
P.O. Box 97
1458 CR 194
Henagar, AL 35978

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 4/5/2021

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,429.93 |
|------|-----|-----|-----|

**SpaceKraft**
5012 W. 79th St.
Indianapolis, IN 46268

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 4/23-5/23

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $34,973.41 |
|------|-----|-----|-----|

**State of California**
**Department of Pesticide Regulation**
1001 I Street
Sacramento, CA 95812

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,160.00 |
|------|-----|-----|-----|

**Trade Press Media Group**
2100 W. Florist Ave.
Milwaukee, WI 53209

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 4/15/2021

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,093.64 |
|------|-----|-----|-----|

**Unishippers**
P.O. Box 896
Solvang, CA 93464

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 3/13/2023

**Basis for the claim:** _

**Last 4 digits of account number** 6898

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Wexford Labs, Inc.**
Name                                                          Case number *(if known)*

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,660.00 |
|---|---|---|---|

**Univar Solutions USA, Inc.**
**62190 Collections Center Drive**
**Chicago, IL 60693-0621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  02/15/2023

Last 4 digits of account number  0218

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $103.50 |
|---|---|---|---|

**VanGO**
**101 West Argonne Drive**
**Suite 178**
**Saint Louis, MO 63122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,145.01 |
|---|---|---|---|

**Veolia**
**P.O. Box 73709**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,784.01 |
|---|---|---|---|

**XPO Logistics**
**29559 Network Place**
**Chicago, IL 60673-1159**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/23-3/23

Last 4 digits of account number  _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $775.52 |
|---|---|---|---|

**YRC Freight**
**P.O. Box 93151**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/23-5/23

Last 4 digits of account number  _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,073.46 |
|---|---|---|---|

**Zim American Intergrated Shipping Servic**
**9550 W. Lawrence Ave., Ste. 215**
**Schiller Park, IL 60176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/21-4/21

Last 4 digits of account number  EXFO

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Asaf Biger, Adv.**<br>**3B Hanechoshet St., 7th Floor**<br>**Tel-Aviv 6971068, Israel** | Line  3.11<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Wexford Labs, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.2 | **Husch Blackwell**<br>**8001 Forsyth Boulevard**<br>**Suite 1500**<br>**Saint Louis, MO 63105** | Line **3.20**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Husch Blackwell**<br>**8001 Forsyth Boulevard**<br>**Suite 1500**<br>**Saint Louis, MO 63105** | Line **3.21**<br><br>☐ Not listed. Explain ____ | _ |

### Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 12,759.73 |
| **5b. Total claims from Part 2** | 5b. + | $ | 2,127,981.62 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 2,140,741.35 |

**Fill in this information to identify the case:**

Debtor name __**Wexford Labs, Inc.**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF ILLINOIS__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                           12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*  *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — **Warehouse Space**<br><br>State the term remaining — **Month to Month**<br><br>List the contract number of any government contract | **KB Pods, LLC**<br>**Attn: Trudy Luchini**<br>**1300 W. 3rd Street #2-F**<br>**Granite City, IL 62040** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — **Warehouse Space**<br><br>State the term remaining — **Month to Month**<br><br>List the contract number of any government contract | **MJ Property**<br>**P.O. Box 711**<br>**Waseca, MN 56093** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest — **Warehouse Space**<br><br>State the term remaining — **Month to Month**<br><br>List the contract number of any government contract | **Park 70 Group LLC**<br>**Attn: Accounting**<br>**4622 Pennsylvania Ave.**<br>**Suite 700**<br>**Kansas City, MO 64112** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest — **Warehouse Space**<br><br>State the term remaining — **28 Months**<br><br>List the contract number of any government contract | **Summers and Graytek Enterprises, LLC**<br>**c/o Hilliker Corporation**<br>**1401 S. Brentwood Blvd., Ste. 650**<br>**Saint Louis, MO 63144** |

**Fill in this information to identify the case:**

Debtor name    **Wexford Labs, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF ILLINOIS

Case number (if known)  _____

☐ Check if this is an
   amended filing

# Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** / **Mailing Address** | | **Name** | *Check all schedules that apply:* |
| **2.1** _____ | Street _____<br>City    State    Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| **2.2** _____ | Street _____<br>City    State    Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| **2.3** _____ | Street _____<br>City    State    Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| **2.4** _____ | Street _____<br>City    State    Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name   **Wexford Labs, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
**04/22**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:   Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From **10/01/2022** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$1,759,064.00** |
| **For year before that:**<br>From **10/01/2021** to **9/30/2022** | ■ Operating a business<br>☐ Other _____ | **$7,754,335.00** |
| **For the fiscal year:**<br>From **10/01/2020** to **9/30/2021** | ■ Operating a business<br>☐ Other _____ | **$66,814,035.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:   List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

Debtor    **Wexford Labs, Inc.**_____    Case number *(if known)*_____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Deko International Co** <br> **4283 Shoreline Dr.** <br> **Earth City, MO 63045** | **4/23** | **$8,000.00** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ■ Suppliers or vendors <br> ☐ Services <br> ☐ Other___ |
| 3.2. **EMCO** <br> **97743 Eagle Way** <br> **Chicago, IL 60678** | **4/23** | **$25,008.00** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ■ Suppliers or vendors <br> ☐ Services <br> ☐ Other___ |
| 3.3. **Lanxess Corp.** <br> **13674 Collections Dr.** <br> **Chicago, IL 60693** | **4/26** | **$57,937.48** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ■ Suppliers or vendors <br> ☐ Services <br> ☐ Other___ |
| 3.4. **Chemisphere** <br> **2101 Clifton Ave** <br> **Saint Louis, MO 63139** | **4/23** | **$18,260.00** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ■ Suppliers or vendors <br> ☐ Services <br> ☐ Other___ |
| 3.5. **CL Smith** <br> **P.O. Box 842052** <br> **Kansas City, MO 64184** | **4/23 and 5/23** | **$15,479.83** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ■ Suppliers or vendors <br> ☐ Services <br> ☐ Other___ |
| 3.6. **Hydro Systems Company** <br> **28781 Network Place** <br> **Chicago, IL 60673** | **4/23** | **$14,043.05** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ■ Suppliers or vendors <br> ☐ Services <br> ☐ Other___ |
| 3.7. **Rochester Midland** <br> **P.O. Box 64462** <br> **Rochester, NY 14624** | **4/23 and 5/23** | **$10,169.29** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ■ Suppliers or vendors <br> ☐ Services <br> ☐ Other___ |
| 3.8. **Industrial Soap Company** <br> **9150 Latty Ave.** <br> **Saint Louis, MO 63134** | **4/23 and 5/23** | **$9,528.90** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ■ Suppliers or vendors <br> ☐ Services <br> ☐ Other___ |

Debtor    **Wexford Labs, Inc.**                                        Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.9. **Univar Solutions USA, Inc.**<br>**62190 Collections Center Drive**<br>**Chicago, IL 60693-0621** | 4/23 | $20,448.75 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10. **Financial & Marketing Solutions LLC**<br>**14830 Brook Hill Drive**<br>**Chesterfield, MO 63017** | 6/16/2023,<br>6/20/23 | $81,313.98 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Loan Payment** |
| 3.11. **Maryland Packaging**<br>**7030 Troy Hill Dr., #500**<br>**Elkridge, MD 21075** | 5/16/2023 | $50,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Garnishment** |
| 3.12. **Carmody MacDonald P.C.**<br>**120 S. Central Avenue, Suite 1800**<br>**Saint Louis, MO 63105** | 3/22/23 -<br>$919.00<br>5/1/23 -<br>$2352.00<br>5/23/23 -<br>$213.50<br>6/8/23 -<br>$15,900.96 | $19,385.46 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    Legal Actions or Assignments

Debtor    **Wexford Labs, Inc.**_____    Case number *(if known)*_____

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Jung Truck Service, Inc., an Illinois Corporation v. Wexford Labs, Inc., a Missouri corporation 23LA0161** | **Tort** | **St. Clair County Circuit Clerk**<br>**10 Public Square A300**<br>**Belleville, IL 62220** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Maryland Packaging Ltd., Inc. v. Wexford Labs, Inc.**<br>**C-13-CV-22-000811** | **Confessed Judgment** | **Howard County Circuit Court**<br>**9250 Judicial Way**<br>**Ellicott City, MD 21043** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9.** **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

Debtor   **Wexford Labs, Inc.**                                                    Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Carmody MacDonald P.C.**<br>**120 S. Central Ave., Suite 1800**<br>**Saint Louis, MO 63105** | **Attorney Fees** | **06/20/2023** | **$20,000.00** |
| | Email or website address<br>**ree@carmodymacdonald.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | **Carmody MacDonald P.C.**<br>**120 S. Central Avenue, Suite 1800**<br>**Saint Louis, MO 63105** | | **7/22 through 6/23** | **$45,392.70** |
| | Email or website address | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Maryland Packaging**<br>**7030 Troy Hill Dr., #500**<br>**Elkridge, MD 21075** | **Garnishment** | **3/9/23** | **$101,313.98** |
| | **Relationship to debtor** | | | |

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

Debtor  **Wexford Labs, Inc.**                                        Case number *(if known)*

---

| **Part 8:** | **Health Care Bankruptcies** |

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

Debtor    **Wexford Labs, Inc.** _____    Case number *(if known)* _____

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Summers and Graytek Enterprises, LLC**<br>**c/o Hilliker Corporation**<br>**1401 S. Brentwood Blvd., Ste. 650**<br>**Saint Louis, MO 63144** | **Kevin Coyne**<br>**516 N. Laclede Station Road**<br>**Webster Groves, MO 63119** | **Raw material components.**<br>**Disinfectant wipes.** | ☐ No<br>☑ Yes |
| **KB Pods, LLC**<br>**1300 W. 3rd Street #2-F**<br>**Granite City, IL 62040** | **Trudy Luchini**<br>**1300 W. 3rd Street #2-F**<br>**Granite City, IL 62040** | **160 Count Canisters** | ☐ No<br>☑ Yes |
| **MJ Property**<br>**P.O. Box 711**<br>**Waseca, MN 56093** | **Koy Payne**<br>**2300 Brown Avenue**<br>**Waseca, MN 56093** | **400 Count Dry Wipes**<br>**160 Count  Buckets** | ☐ No<br>☑ Yes |
| **Park 70 Group LLC**<br>**4622 Pennsylvania Ave.**<br>**Suite 700**<br>**Kansas City, MO 64112** | **Patrick Coleman, 445 Sappinton Barricks Rd., St. Louis, MO 63125**<br>**Kevin Coyne, 516 N. Laclede Station Rd., Webster Groves, MO 63119**<br>**Brandon Duncan, 4600 Goodfellow Blvd., Ste. B, St. Louis, MO 63120** | **Boulder Clean Wipes**<br>**160 Count Canisters**<br>**400 Count Buckets** | ☐ No<br>☑ Yes |

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑  No.
☐  Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑  No.
☐  Yes. Provide details below.

Debtor    **Wexford Labs, Inc.**                                          Case number *(if known)*

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|---|
| 25.1. | **Med-E-Quip Locators**<br>**325 Leffingwell Ave.**<br>**Saint Louis, MO 63122** | **Buy, sell and rent medical equipment.** | **EIN:**    47-1529715<br><br>**From-To** |
| 25.2. | **Healthcare Infection Control Solutions**<br>**261 Wolfner Drive**<br>**Fenton, MO 63026** | **Specialize compounding pharmacy products.** | **EIN:**    46-3640817<br><br>**From-To** |
| 25.3. | **On-Site Clean**<br>**261 Wolfner Drive**<br>**Fenton, MO 63026** | **Compounding pharmacy cleaning service.** | **EIN:**    82-2627856<br><br>**From-To** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Richard Flom**<br>**SFW Partners**<br>**1610 Des Peres Rd., #300**<br>**Saint Louis, MO 63131** | 8/6/19-Present |
| 26a.2. | **Molly Troll** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Date of service<br>From-To |
|---|---|---|
| 26b.1. | **SFW Partners**<br>**1610 Des Peres Rd #300**<br>**Saint Louis, MO 63131** | |

Debtor    **Wexford Labs, Inc.**                                          Case number *(if known)*

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Charles Thal**<br>**6 Roclare Ln.**<br>**Saint Louis, MO 63131** | |
| 26c.2.  **Jeff Singer**<br>**2 Sunny Meade**<br>**Saint Louis, MO 63124** | |
| 26c.3.  **Mary Anne Auer**<br>**7600 Walinca Terrace**<br>**Saint Louis, MO 63105** | |
| 26c.4.  **Molly Troll** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **Enterprise Bank & Trust** |
| 26d.2.  **Financial & Marketing Solutions LLC**<br>**14830 Brook Hill Drive**<br>**Chesterfield, MO 63017** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jeffrey Singer** | **2 Sunny Meade**<br>**Saint Louis, MO 63124** | | **42.96** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Mary Anne Auer** | **7600 Walinca Terrace**<br>**Saint Louis, MO 63105** | | **15.16%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Julie Fix** | **215 Austin Place**<br>**Saint Louis, MO 63122** | | **20.22%** |

Debtor   **Wexford Labs, Inc.**                                              Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Mary Jo Thierry | 3901 Mitchford Dr.<br>Saint Louis, MO 63125 | | 10.11 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ibrahim Abe Raziq | 107 Groton Dr.<br>Wentzville, MO 63385 | | 1.50% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Tracey Singer | 2 Sunny Meade<br>Saint Louis, MO 63124 | | 7.58 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ikbal Raziq | 107 Groton Dr.<br>Wentzville, MO 63385 | | 1.48 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Mona Raziq-Joyce | 118 Behrens Dr.<br>Edwardsville, IL 62025 | | 0.49 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Amir Raziq | 330 E. 90th St., 1B<br>New York, NY 10128 | | 0.49 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

Debtor   **Wexford Labs, Inc.** _____   Case number _(if known)_ _____

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

| **Part 14:** | **Signature and Declaration** |

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this _Statement of Financial Affairs_ and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 20, 2023** _____

**/s/ Jeffrey Singer** _____
Signature of individual signing on behalf of the debtor

**Jeffrey Singer** _____
Printed name

Position or relationship to debtor   **CEO** _____

**Are additional pages to _Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy_ (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of Illinois

In re    **Wexford Labs, Inc.**
_____    Case No. _____
                               Debtor(s)    Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---|
    | For legal services, I have agreed to accept | $ | **20,000.00** |
    | Prior to the filing of this statement I have received | $ | **20,000.00** |
    | Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**June 20, 2023**
_____
_Date_

**/s/ Robert E. Eggmann**
**Robert E. Eggmann 6203021**
_Signature of Attorney_
**Carmody MacDonald P.C.**
**120 S. Central Ave., Suite 1800**
**Saint Louis, MO 63105**
**314-854-8600  Fax: 314-854-8660**
**ree@carmodymacdonald.com**
_Name of law firm_

# United States Bankruptcy Court
## Southern District of Illinois

In re **Wexford Labs, Inc.** _____ Case No. _____
                                              Debtor(s)            Chapter   **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Amir Raziq**<br>**330 E. 90th St., 1B**<br>**New York, NY 10128** | | | **0.49%** |
| **Ibrahim Abe Raziq**<br>**107 Groton Dr.**<br>**Wentzville, MO 63385** | | | **1.50%** |
| **Ikbal Raziq**<br>**107 Groton Dr.**<br>**Wentzville, MO 63385** | | | **1.48%** |
| **Jeffrey Singer**<br>**2 Sunny Meade**<br>**Saint Louis, MO 63124** | | | **42.96%** |
| **Julie Fix**<br>**215 Austin Place**<br>**Saint Louis, MO 63122** | | | **20.22%** |
| **Mary Anne Auer**<br>**7600 Walinca Terrace**<br>**Saint Louis, MO 63105** | | | **15.16%** |
| **Mary Jo Thierry**<br>**3901 Mitchford Dr.**<br>**Saint Louis, MO 63125** | | | **10.11%** |
| **Mona Raziq-Joyce**<br>**118 Behrens Dr.**<br>**Edwardsville, IL 62025** | | | **0.49%** |
| **Tracey Singer**<br>**2 Sunny Meade**<br>**Saint Louis, MO 63124** | | | **7.58%** |

In re:  **Wexford Labs, Inc.**                                        Case No. _____
                          Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **June 20, 2023**                          Signature  **/s/ Jeffrey Singer**
                                                                    **Jeffrey Singer**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

List of equity security holders consists of 2 total page(s)

## United States Bankruptcy Court
### Southern District of Illinois

In re  **Wexford Labs, Inc.**

Debtor(s)

Case No.

Chapter  **11**

VERIFICATION OF CREDITOR MATRIX

      I, the CEO of the corporation named as the debtor in this case, hereby verify that the

attached list of creditors is true and correct to the best of my knowledge and that it corresponds

to the creditors listed in our schedules.

Date:  **June 20, 2023**

**/s/ Jeffrey Singer**

**Jeffrey Singer**/**CEO**
Signer/Title

Acca Believe It, LLC
d/b/a MEQL-Med-E-Quip Locators
10493 Frontenac Woods Ln
Saint Louis, MO 63131


American Burglary & Fire, Inc.
507 Rudder Road
Fenton, MO 63026


AmeriGas
P.O. Box 660288
Dallas, TX 75266-0288


Aramark Uniform Services
2680 Palumbo Dr.
Lexington, KY 40509


Asaf Biger, Adv.
3B Hanechoshet St., 7th Floor
Tel-Aviv 6971068, Israel


Boxing It Up
3732 N. Broadway
Saint Louis, MO 63147


Centraz Industries, Inc.
4051 Bingham Ave.
Saint Louis, MO 63116


CL Smith
1311 S. 39th
Saint Louis, MO 63110


Dayton Freight
P.O. Box 340
Vandalia, OH 45377


Dell Tech Laboratories LTD
Unit #3-1331 Hyde Park Rd.
London Ontario N6H 5MP


Dema Engineering Company
P.O. Box 958598
Saint Louis, MO 63195

Dynamic Wipes Industries
9 Hatena Street
Industrial Estate H
Asdod 7726505 Israel


Fed Ex
P.O. Box 94515
Palatine, IL 60094


Financial & Marketing Solutions LLC
6 Roclare Ln.
Saint Louis, MO 63131


Fisher Scientific Vendor
Collections Center Drive
Chicago, IL 60693


Forklift America
4316 Bridgeton Industrial Drive
Bridgeton, MO 63044


Freight Watchers
121 Bremen
Saint Louis, MO 63147


Harcros Chemicals
4330 Geraldine Ave.
Saint Louis, MO 63115


Husch Blackwell
8001 Forsyth Boulevard
Suite 1500
Saint Louis, MO 63105


iAromatics
200 Anderson Avenue
Moonachie, NJ 07074


Industrial Soap Company
9150 Latty Ave
Saint Louis, MO 63134

```
Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346


Jeff Weisman
904 S 4th Street
Suite 302
Saint Louis, MO 63102


Jeffrey L. Singer Revocable Trust
dtd 3-20-1996
2 Sunnymeade Lane
Saint Louis, MO 63124


Jeffrey Singer
10493 Frontenac Woods Lane
Saint Louis, MO 63131


Jeffrey Singer
2 Sunny Meade Lane
Ladue, MO 63124


Jeffrey Singer, Trustee of Indentur
e of Trust of Tracey Flom Singer u/
a/d March 20, 1996
2 Sunny Meade Lane
Saint Louis, MO 63124


John Hancock 401(k)
690 Canton Street
Suite 100
Westwood, MA 02090


Jung Logistics, Inc.
10075 Progress Parkway
Mascoutah, IL 62258


Jung Truck Service, Inc.
10075 Progress Parkway
Mascoutah, IL 62258


KB Pods
1300 W 3rd Street #2-F
Granite City, IL 62040
```

KB Pods, LLC
Attn: Trudy Luchini
1300 W. 3rd Street #2-F
Granite City, IL 62040


Logistics Supply
10926 David Taylor Dr.
Suite 300
Charlotte, NC 28262


Magid Glove & Safety
P.O. Box 95081
Chicago, IL 60694


Mary Anne Auer
7600 Walinca Terrace
Saint Louis, MO 63105


Misco Products
1048 Stinson Dr.
Redding, PA 19065


Missouri Department of Revenue
Attn: Bankruptcy Unit
P.O. Box 475
Jefferson City, MO 65105


MJ Property
P.O. Box 711
Waseca, MN 56093


MJ Property Holdings, LLC
P.O. Box 711
Waseca, MN 56093


MSC Freight
Attn: Cody Evans-Legal-Cargo Claims Dept
700 Watermark Blvd.
Mount Pleasant, SC 29464


Park 70 Group LLC
Attn: Accounting
4622 Pennsylvania Ave.
Suite 700
Kansas City, MO 64112

Pedro's Planet
290 Axminister Drive
Fenton, MO 63026


Pipeline Packaging
27157 Network Pl
Chicago, IL 60673


Prestige Print Solutions
1022 Fox Chase Industrial Dr.
Arnold, MO 63010


Quench USA, Inc.
630 Allendale Rd.
Ste. 200
King of Prussia, PA 19406


Red Wing Shoes.
P.O. Box 844329
Dallas, TX 75284-4329


RH Meyer
P.O. Box 96
Thompson, MO 65285


Rochester Midland
P.O. Box 64462
Rochester, NY 14624


SAIA Motor Freight Line, LLC
P.O. Box 730532
Dallas, TX 75373-0532


Shrink Solutions
P.O. Box 97
1458 CR 194
Henagar, AL 35978


SpaceKraft
5012 W. 79th St.
Indianapolis, IN 46268

State of California
Department of Pesticide Regulation
1001 I Street
Sacramento, CA 95812

Summers and Graytek Enterprises, LLC
c/o Hilliker Corporation
1401 S. Brentwood Blvd., Ste. 650
Saint Louis, MO 63144

Tracey Flom Singer
2 Sunny Meade Lane
Saint Louis, MO 63124

Tracey Flom Singer, Trustee of Inde
ture of Trust of Tracey Flom Singer
u/a/d March 20, 1996
2 Sunny Meade Lane
Saint Louis, MO 63124

Trade Press Media Group
2100 W. Florist Ave.
Milwaukee, WI 53209

Unishippers
P.O. Box 896
Solvang, CA 93464

Univar Solutions USA, Inc.
62190 Collections Center Drive
Chicago, IL 60693-0621

VanGO
101 West Argonne Drive
Suite 178
Saint Louis, MO 63122

Veolia
P.O. Box 73709
Chicago, IL 60673

XPO Logistics
29559 Network Place
Chicago, IL 60673-1159

YRC Freight
P.O. Box 93151
Chicago, IL 60673


Zim American Intergrated Shipping Servic
9550 W. Lawrence Ave., Ste. 215
Schiller Park, IL 60176